WATSON vs. PIERCE & PIERCE.

A verdict having been found, and no motion for a new trial made, the judgment will be affirmed.

APPEAL from St. Louis Circuit Court.

McBride, J., *delivered the opinion of the Court.*

This was an action of assumpsit brought by Pierce against Watson in the Circuit Court of St. Louis county. The declaration contained the general counts. Plea, non-assumpsit.

A trial was had before the court, setting as a jury, who found for the plaintiff and entered judgment in accordance therewith. The bill of exceptions contains no motion for a new trial, consequently this Court cannot review the action of the Circuit Court.

Judgment affirmed.